IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RODERICK BROWN**            **PLAINTIFF**

vs.            **CIVIL ACTION NO. 3:16-cv-904-DPJ-FKB**

**WARREN COUNTY SHERIFF'S DEPARTMENT**            **DEFENDANT**

and

**RODERICK BROWN**            **PLAINTIFF**

vs.            **CIVIL ACTION NO. 3:16-cv-905-DPJ-FKB**

**CITY OF VICKSBURG, MISSISSIPPI: CITY COUNCIL**            **DEFENDANT**

and

**RODERICK BROWN**            **PLAINTIFF**

vs.            **CIVIL ACTION NO. 3:16-cv-906-DPJ-FKB**

**MISSISSIPPI BUREAU OF NARCOTICS**            **DEFENDANT**

and

**RODERICK BROWN**            **PLAINTIFF**

vs.            **CIVIL ACTION NO. 3:16-cv-907-DPJ-FKB**

**VICKSBURG POLICE DEPARTMENT**            **DEFENDANT**

## **ORDER OF CONSOLIDATION**

These causes of action are before the Court *sua sponte* on consideration of whether consolidation is proper. Rule 42(a) of the Federal Rules of Civil Procedure provides that a court may consolidate actions if they "involve a common question of law or fact." Fed. R. Civ. P. 42(a)(2). Having considered the complaints filed in each, the Court finds that these actions do,

in fact, involved a common question of law or fact and that consolidation is therefore proper.[1] Accordingly, it is hereby ordered that the above-referenced cases are consolidated for all purposes.  As mandated by Local Uniform Civil Rule 42, all filings henceforth shall be made solely in the lead case, Civil Action No. 3:16-cv-904-DPJ-FKB.

    SO ORDERED AND ADJUDGED, this the 21st day of November, 2016.


        /s/ F. Keith Ball_____
        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that it appears that Plaintiff has filed the same lawsuit four times – once against each of his four intended defendants.  The complaint filed in Civil Action No. 3:16-cv-904-DPJ-FKB, however, is missing its second page, which includes the bulk of Plaintiff's recitation of facts.  *See* [1].  Nevertheless, the Court assumes that the missing page, like the other pages contained in each of the four complaints, is identical to those contained in the other complaints, with the only variation being the name of the particular defendant in the style of the case.  Plaintiff may seek to amend the complaint, should he deem it necessary, at the appropriate juncture.