UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RODERICK BROWN                                                           PLAINTIFF

v.                                              CIVIL ACTION NO. 3:16-cv-904-DPJ-FKB
                                                CIVIL ACTION NO. 3:16-cv-905-DPJ-FKB
                                                CIVIL ACTION NO. 3:16-cv-906-DPJ-FKB
                                                CIVIL ACTION NO. 3:16-cv-907-DPJ-FKB

WARREN COUNTY SHERIFF'S
DEPARTMENT, et al.                                                      DEFENDANTS

ORDER

This consolidated case is before the Court, *sua sponte*, for consideration of dismissal for failure to prosecute and obey Court orders. On February 21, 2017, the Court adopted the Report and Recommendations of Magistrate Judge F. Keith Ball and denied Plaintiff Roderick Brown *in forma pauperis* status. Order [9]. The Court gave Brown 90 days to pay the filing fee and warned him that, "[i]f he fail[ed] to do so, the Court w[ould] dismiss this action without prejudice and without further notice." *Id.* at 2. Brown's time period to pay the filing fee in this cause expired on May 22, 2017, and to date, he has failed to make any payments.

This Court has discretion to dismiss a case for want of prosecution for failure to comply with its orders. *Link v. Wabash R. Co.*, 370 U.S. 626, 632 (1962); *Larson v. Scott*, 157 F.3d 1030, 1032 (5th Cir. 1998). The Court warned Brown that his case would be dismissed upon failure to pay the filing fee, yet he did not do as ordered. The case is therefore dismissed without prejudice for failure to prosecute. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 16th day of June, 2017.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE